STATE v. S. T. FREEMAN.

*Statement of the case on appeal—Practice.*

When no statement of the case accompanies the transcript of the record sent to the Supreme Court, and no error appears on the face of the record, the judgment will be affirmed.

(*State* v. *Murray*, 80 N. C., 364; *State* v. *Edney, Ibid.*, 360; *State* v. *Leitch*, 82 N. C., 539, cited and approved).

INDICTMENT tried before *MacRae, Judge,* and a jury, at Spring Term, 1885, of the Superior Court of ROBESON county. There was a verdict of guilty, and from the judgment thereon, the defendant appealed.

On the hearing in the Supreme Court, the Attorney General moved to affirm the judgment, on the ground that no statement of the case accompanied the record.

*Attorney General,* for the State.
No counsel for the defendant.

ASHE, J. The defendant was charged with selling intoxicating liquor on Sunday. He was found guilty by the jury and sentenced by the Court, from which he appealed to this Court.

There is no "statement of the case" accompanying the record sent to this Court, and when that is the case and no error appears in the record in a criminal action, the Court will affirm the judgment of the Court below. *State* v. *Murray*, 80 N. C., 364; *State* v. *Edney, Ibid.*, 360, and *State* v. *Leitch*, 82 N. C., 539.

We find no error in the record. The judgment of the Superior Court of Robeson is therefore affirmed. Let this be certified to said Court that the sentence of the law may be carried into effect.

No error.                                                      Affirmed.